**WO**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Preston A Strong,<br>Plaintiff,<br>v.<br>T-Mobile USA Incorporated, et al.,<br>Defendants. | No. CV-25-00828-PHX-SMM (MBM)<br>**ORDER** |

Before the Court is Plaintiff's Motion for Temporary Stay to Retain Counsel. (Doc. 47.) Plaintiff asks the Court to stay all proceedings for 30 to 60 days while he tries to retain counsel.

The Court "has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 707 (1997). When weighing a stay request, the Court considers following factors such as:

> the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay.

*CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). "The proponent of the stay bears the burden of establishing its need." *Clinton*, 520 U.S. at 706.

On balance, the Court finds Plaintiff has not carried his burden. Although Plaintiff believes counsel would help him present his claims, he has not shown that he would be harmed or experience a hardship in the absence of a stay. Plaintiff filed this action on March 12, 2025, and has litigated this case without counsel ever since. During this time, Plaintiff successfully moved for extensions of deadlines and page limitations (Docs. 18-19, 23-24, 25-28), responded to a motion to dismiss his first amended complaint (Doc. 30), inquired about the status of a pending motion (Doc. 37), amended his complaint twice (Docs. 20, 42), and conferred with Defendants' counsel regarding extensions of time (Doc. 44 at 5-6). This history shows Plaintiff can present and litigate his claims while he continues his search for legal representation. In addition, Plaintiff has had ample opportunity to retain counsel throughout this litigation, which has been pending for over 19 months. Further delay would prejudice Defendants and undermine the orderly and efficient resolution of this case.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Temporary Stay to Retain Counsel (Doc. 47) is **DENIED**.

Dated this 2nd day of November, 2026.

Mary Bridget Minder

Honorable M. Bridget Minder
United States Magistrate Judge